1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SHEILA K. OBERTO
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00155 AWI |
| Plaintiff, | ORDER |
| v. | Old Date: June 1, 2009 |
| | Old Time: 9:00 a.m. |
| ERNESTO GARCIA GONZALEZ, aka Ernesto Gonzalez Garcia, | New Date: June 15, 2009 |
| | New Time: 9:00 a.m. |
| Defendant. | Courtroom: Two (Hon. Anthony W. Ishii) |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. It is ordered that, based on the grounds set forth in the stipulation, the status conference is continued from June 1, 2009 to June 15, 2009, at 9:00 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   May 27, 2009                    /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE