LAWRENCE G. BROWN
United States Attorney
SHEILA K. OBERTO
KIRK E. SHERRIFF
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 1:09-CR-00155 AWI |
|                                   ) | |
|                     Plaintiff,    ) | ORDER |
|                                   ) | |
|                                   ) | |
|       v.                          ) | |
|                                   ) | Old Date: October 26, 2009 |
|                                   ) | Old Time: 9:00 a.m. |
| ERNESTO GARCIA GONZALEZ,          ) | |
| aka Ernesto Gonzalez Garcia,      ) | New Date: November 16, 2009 |
|                                   ) | New Time: 9:00 a.m. |
|                     Defendant.    ) | Courtroom: Two |
|                                   ) |    (Hon. Anthony W. Ishii) |
| _____ ) | |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. It is ordered that, based on the grounds set forth in the stipulation, the status conference is continued from October 26, 2009 to November 16, 2009, at 9:00 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:    October 23, 2009              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE