```
BENJAMIN B. WAGNER
United States Attorney
SHEILA K. OBERTO
KIRK E. SHERRIFF
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERNESTO GARCIA GONZALEZ,<br>aka Ernesto Gonzalez Garcia,<br><br>　　　　　　　Defendant. | Case No. 1:09-CR-00155 AWI<br><br>ORDER<br><br>Old Date: November 16, 2009<br>Old Time: 9:00 a.m.<br><br>New Date: January 11, 2010<br>New Time: 9:00 a.m.<br>Ctrm:　　Two<br>　(Hon. Anthony W. Ishii) |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. It is ordered that, based on the grounds set forth in the stipulation, the status conference is continued from November 16, 2009 to January 11, 2010 at 9:00 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:　November 12, 2009**　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE