1

**ANDREW FISHKIN, ESQ.**
**CBN 237845**

2

**LAW OFFICE OF ANDREW J. FISHKIN,P.C.**
**1215 "L" STREET**

3

**BAKERSFIELD, CA  93301**
**info@lawyerfish. com**

4

5

**Tel:    661-322-6776**
**Fax:    661-322-6770**

6

7

8

9

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **CASE NO.:  1:09-CR-00155 AWI** |
| | ) |
| **Plaintiff,** | ) **STIPULATION CONTINUING** |
| | ) **SENTENCING HEARING DATE** |
| **vs.** | ) |
| | ) **Old Date :    January 3, 2011** |
| **ERNESTO GARCIA GONZALEZ,** | ) **Old Time:    9:00 a.m.** |
| | ) |
| **Defendant.** | ) **New Date :    January 24, 2011** |
| | ) **New Time:    9:00 a.m.** |
| | ) **Courtroom: Two** |
| | )        **(Hon. Anthony W. Ishii)** |

13

14

15

16

17

18

19

20

TO THE HONORABLE JUDGE, OF SAID COURT:

21

ANDREW J. FISHKIN, counsel for the DEFENDANT, ERNESTO GARCIA

22

23

GONZALEZ, hereby requests a continuance of the sentencing hearing date, currently scheduled

24

for January 3, 2011, at 9:00 a.m., be reset to January 24, 2011 at 9:00 a.m.  This continued

25

sentencing hearing date is requested due to the defense counsel being out of the country on

26

January 3, 2011.  United States Attorney has no objection and stipulates to continuance of

27

sentencing hearing date.

28

1

1

2        A proposed order is attached hereto.

3

4        Respectfully submitted this 1st day of December 2010 at Bakersfield, California.

5

6

7    Dated:  December 1, 2010                    /s/ Andrew J. Fishkin            _
8                                                ANDREW J. FISHKIN.
                                                 Attorney for Defendant,
9                                                ERNESTO GARCIA GONZALEZ

10

11
     Dated:  December 1, 2010                    /s/ Kirk E. Sherriff            _
12                                               KIRK E. SHERRIFF,
                                                 Assistant U.S. Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**ANDREW FISHKIN, ESQ.**
**CBN 237845**
**LAW OFFICE OF ANDREW J. FISHKIN,P.C.**
**1215 "L" STREET**
**BAKERSFIELD, CA  93301**
**info@lawyerfish. com**
**Tel:    661-322-6776**
**Fax:    661-322-6770**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.:  1:09-CR-00155 AWI** |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **vs.** | ) | **Old Date :    January 3, 2011** |
| | ) | **Old Time:    9:00 a.m.** |
| **ERNESTO GARCIA GONZALEZ,** | ) | |
| | ) | **New Date :    January 24, 2011** |
| **Defendant.** | ) | **New Time:    9:00 a.m.** |
| | ) | **Courtroom: Two** |
| | ) | **(Hon. Anthony W. Ishii)** |
| | ) | |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the

sentencing hearing date in this case.  It is ordered that, based on the grounds set forth in the

stipulation, the sentencing hearing is continued from January 3, 2011 to January 24, 2011, at

9:00 a.m.

IT IS SO ORDERED.

Dated:    December 2, 2010

_____

CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4