ANDREW FISHKIN, ESQ.
CBN 237845
LAW OFFICE OF ANDREW J. FISHKIN, P.C.
1215 "L" STREET
BAKERSFIELD, CA 93301
info@lawyerfish.com

Tel:  661-322-6776
Fax: 661-322-6770

ATTORNEY FOR RESPONDENT

UNITED STATED DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NO.: 1:09-CR-00155 AWI |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| ERNESTO GONZALES GARCIA | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, "The Bond Fees be Returned to the Defendant's Wife" be GRANTED / ~~DENIED~~

IT IS SO ORDERED.

Dated: March 31, 2011

CHIEF UNITED STATES DISTRICT JUDGE