UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**


FILED
OCT 31 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                RE:    Ernesto Garcia GONZALEZ
                      Docket Number:   1:09CR00155-001
                      **PERMISSION TO TRAVEL**
                      <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Guanajuato, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 24, 2011, Mr. Gonzalez was sentenced for the offense(s) of 18 USC 287 and 2, Making or Presenting a False, Fictitious, or Fraudulent Claim Upon or Against the United States, and Aiding and Abetting.

**Sentence imposed:** 9 mos. BOP, 3 yrs. TSR, $100 special assessment. Special conditions include: search, not dispose or dissipate assets, financial disclosure, no new credit without approval, if deported, not to re-enter the United States..

**Dates and Mode of Travel:** December 10, 2012 to January 10, 2013, via personal vehicle.

**Purpose:** Vacation

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

**RE:** **Ernesto Garcia GONZALEZ**
**Docket Number:   1:09CR00155-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**

**DATED:**   October 15, 2012
Bakersfield, California
FE:dk

**REVIEWED BY:**   /s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✓               Disapproved _____

_10-31-12_
**Date**

Honorable Anthony W. Ishii
**Chief United States District Judge**